UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. DOSS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MULE CREEK STATE PRISON, et al.,<br><br>　　　　Defendants. | No. 2:24-cv-01077-CKD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983. After reviewing the docket and the complaint filed in <u>Doss v. Mule Creek State Prison, et al.</u>, No. 2:24-cv-01092-CSK (E.D. Cal.), it is apparent to the court that plaintiff's six page complaint was separated in the mail and erroneously opened as two separate cases. At this juncture, neither case contains an entire copy of plaintiff's complaint. Therefore, the court will direct the Clerk of Court to file the three page complaint received in this case on April 10, 2024 in Case Number 2:24-cv-01092-CSK that was opened on April 8, 2024. This case will be closed as opened in error.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall attach the three page complaint in this case to the complaint in Case Number 2:24-cv-01092-CSK and close this case.

/////

1

    2.   Plaintiff's pending motion to proceed in forma pauperis (ECF No. 2) is denied as moot.

    3.   Plaintiff is directed to file all future pleadings in Case Number 2:24-cv-01092-CSK.

Dated: April 17, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Th:doss1077.close